J-A08011-18

**NON-PRECEDENTIAL DECISION – SEE SUPERIOR COURT I.O.P 65.37**

| TEVA PHARMACEUTICALS USA, INC. AND TEVA PHARMACEUTICALS CURACAO N.V. | : | IN THE SUPERIOR COURT OF PENNSYLVANIA |
|---|---|---|
| v. | : | |
| IMPAX LABORATORIES, INC., | : | |
| Appellant | : | No. 2920 EDA 2017 |

Appeal from the Order Dated August 23, 2017
In the Court of Common Pleas of Philadelphia County
Civil Division at No(s): February Term, 2017, No. 03632

BEFORE:    PANELLA, J., LAZARUS, J., and STRASSBURGER, J.*

CONCURRING AND DISSENTING MEMORANDUM BY STRASSBURGER,

J.:                                    **FILED NOVEMBER 02, 2018**

I disagree with the learned Majority's conclusion that the trial court's order is a collateral order. However, since a majority of the panel has held that the order is collateral and thus appealable, I join the Majority in affirming the order on the merits.

*Retired Senior Judge assigned to the Superior Court.